Craig D. Trippel, Esq., SBN 96227
LAW OFFICES OF JOHN A. BIARD
11070 White Rock Road, Suite 200
Rancho Cordova, California 95670
Telephone:   916-638-6610
Facsimile:    855-631-5920

Attorneys for Defendant
C&M CONVEYOR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRYAN ELFERS, an individual;<br><br>      Plaintiff,<br>v.<br><br>C&M CONVEYOR, INC., an Indiana corporation;<br><br>      Defendant. | Case No.: 1:12-CV-01218-AWI-GSA<br><br>STIPULATION AND ORDER RE DISMISSAL OF ACTION<br><br><br>Complaint filed 7/25/12 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff BRYAN ELFERS and Defendant C&M CONVEYOR, INC., by and through their respective counsel of record, that the entire above-captioned action is dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and costs incurred in this action

IT IS HERBY SO AGREED.

Dated: _____, 2014         DOYLE LOWTHER LLP


                                 ___/S/_____
                                 Chris W. Cantrell
                                 Attorneys for Plaintiff BRYAN ELFERS

1

2   Dated:  May 2, 2014                                   LAW OFFICES OF JOHN A. BIARD

3

4                                                          ___/S/_____
                                                           Craig D. Trippel
5                                                          Attorneys for Defendant
                                                           C&M CONVEYOR, INC.
6

7

8
    IT IS SO ORDERED.
9
    Dated:   May 22, 2014                                  _____
10
                                                           SENIOR  DISTRICT  JUDGE
11